IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK O. CLARK,

    Petitioner,                     No. CIV S-06-0733 MCE PAN P

    vs.

DERRAL G. ADAMS, Warden,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on April 4, 2006. By court order filed April 7, 2006, that petition was dismissed with leave to amend for failure to name the proper respondent. Petitioner has now filed an amended petition that names the proper respondent.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with

/////

1

the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

    2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

    3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Stanley Cross, Senior Assistant Attorney General.

DATED:  August 14, 2006.

UNITED STATES MAGISTRATE JUDGE

14
clar0733.100.jfm

2