IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK O. CLARK,** | CIV S-06-0733 MCE PAN P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By court order filed August 15, 2006, respondents were directed to file an answer to the petition within forty five days from the date of the order. On September 28, 2006, respondents requested a thirty-day extension of time in which to file an answer. Good cause appearing, respondent's request will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Respondent's September 28, 2006, request for an extension of time is granted.

      2. Respondent shall file and serve a response to petitioner's petition for writ of habeas corpus within thirty days of the date of this order.

/////

/////

/////

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

DATED: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
clar0733.ext