IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK O. CLARK,** | CIV S-06-CV-0733 MCE EFB P |
| Petitioner, | |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | **ORDER** |

Petitioner is a state prisoner proceeding pro se and *in forma paurperis* with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By court order filed August 15, 2006, respondents were directed to file an answer to the petition within forty-five days from the date of the order. On September 28, 2006, respondents requested and received a thirty-day extension of time in which to file and serve an answer to the petition. On October 27, 2006, respondent again requested an additional thirty-day extension of time to file and serve an answer to the petition in this case. The court will afford respondent one further extension of time within which to file an answer. No further extensions will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time is granted.

2. Respondent is granted an extension of thirty days from the date of this order to file and serve an answer.

3. A response to the petition for writ of habeas corpus shall be filed on or before November 28, 2006.

4. No further extensions of time for filing an answer will be granted.

Dated: November 8, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE