IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK O. CLARK,

    Petitioner,                   No. CIV S-06-0733 MCE EFB P

    vs.

DERRAL G. ADAMS, Warden,

    Respondent.               ORDER

/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 26, 2007, petitioner requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b). More than seven months have elapsed since petitioner made his request and he has yet to file a traverse.

    It is hereby ORDERED that petitioner's January 26, 2007, request to file a traverse is granted and petitioner has 30 days from the date this order is served to file his traverse.

Dated: October 25, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE